IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SANJIV CHANDAN,<br>*Plaintiff*<br><br>-vs-<br><br>LIFE TIME FITNESS, INC.,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-24-CV-00197-XR |

**FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Sanjiv Chandan shall take nothing by his claims against Defendant Life Time Fitness, Inc., and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

Defendant's counterclaim is **DISMISSED**.

Defendant is awarded **COSTS** and may file a Bill of Costs within fourteen days after the date of entry of this Final Judgment.

It is so **ORDERED**.

**SIGNED** this 14th day of July, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE